**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 4, 2024

MEMO ENDORSED
12/4/24

Matter Adj to Dec. 12, 2024
At 12:00 p.m.—

**By ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** ***United States v. Rui-Siang Lin*, 24 Cr. 178 (CM)**

Colleen McMahon

Dear Judge McMahon:

The Government writes, on behalf of the parties, to request that the conference scheduled for December 5, 2024, at 1:00 pm be adjourned until next week. The parties are in advanced stages of discussions concerning a pretrial resolution, but some additional time is needed to complete those discussions. Accordingly, the parties request an adjournment until December 12, 2024 at noon, which time we understand works for the Court's schedule.

The Government is available to address any questions the Court may have.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Nicholas Chiuchiolo
Ryan Finkel
Assistant United States Attorneys
Southern District of New York
(212) 637-1247 / -6612

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 12-4-24