**SHER TREMONTE LLP**

July 24, 2025

<u>**VIA ECF**</u>

Hon. Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Rui-Siang Lin*,
              No. 24 Crim. 178 (CM)

Dear Judge McMahon:

      We represent Rui-Siang Lin, the defendant in the above-referenced matter. We write on behalf of our client to respectfully request an adjournment of the sentencing date, currently scheduled for September 10, 2025. The reason for the adjournment is that the undersigned is scheduled for trial in another matter starting on September 8, 2025 and which is expected to last up to six weeks. An adjournment would assist the defense in continuing to review the substantial amount of discovery in this matter and in completing our work on Mr. Lin's sentencing submission.

      Accordingly, we respectfully request that the Court adjourn sentencing to any date convenient for the Court after November 15, 2025. The government consents to this request.

      We appreciate the Court's consideration.

                              Respectfully submitted,

                              <u>*/s/ Noam Biale*</u>
                              Noam Biale
                              Michael Bass

                              *Attorneys for Rui-Siang Lin*

cc:    AUSA Ryan Finkel (by ECF)
        AUSA Nick Chiuchiolo (by ECF)