**SHER TREMONTE LLP**

October 17, 2025

*MEMO ENDORSED*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**VIA ECF**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    **Re:** *United States v. Rui-Siang Lin*,
          No. 24 Crim. 178 (CM)

Dear Judge McMahon:

    We represent Rui-Siang Lin, the defendant in the above-referenced matter. We write on behalf of our client, with the consent of the government, to respectfully request an adjournment of the sentencing date, currently scheduled for December 2, 2025, and to set a briefing schedule for a motion Mr. Lin anticipates filing by October 24, 2025.

    The reason for the sentencing adjournment is twofold. First, the undersigned is currently on trial in the Eastern District of New York before Judge Azrack, which due to previously unexpected delays, is now projected to conclude no earlier than November 6, 2025. Second, Mr. Lin intends to file a motion on or before October 24, 2025 to dismiss the indictment for lack of subject matter jurisdiction on the basis of diplomatic immunity. The parties have conferred and agreed to the following briefing schedule for that motion: Mr. Lin's motion shall be due on October 24, 2025; the government's opposition shall be due on November 14, 2025; and Mr. Lin's reply (if any) shall be due on November 21, 2025. An adjournment would accordingly permit the defense to prepare Mr. Lin's sentencing submission after the completion of trial and to permit the parties to brief Mr. Lin's forthcoming motion to dismiss.

    Accordingly, we respectfully request that the Court adjourn sentencing to any date convenient for the Court in the third or fourth week of January (ideally, for the parties' schedules, between January 21, 2026 and January 23, 2026), and that it so-ordered the proposed a briefing schedule for Mr. Lin's motion to dismiss, as set forth above. The government consents to this request.

    We appreciate the Court's consideration.

                                 Respectfully submitted,

*[Handwritten endorsement:]* 10/20/25 Sentencing Adj to January 22, 2026 at 2PM. The proposed briefing schedule for the Mtn. to Dismiss is fine. [signature]

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel 212.202.2600 | fax 212.202.4156

Hon. Colleen McMahon
October 17, 2025
Page 2

/s/ Noam Biale
Noam Biale
Katie Renzler
Michael Bass

*Attorneys for Rui-Siang Lin*

cc:   AUSA Ryan Finkel (by ECF)
      AUSA Nick Chiuchiolo (by ECF)