UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   v.

RUI-SIANG LIN,

          Defendant.

Case No. 24 Cr. 178 (CM)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that the Defendant Rui-Siang Lin, by and through his undersigned attorneys, and upon the accompanying Memorandum of Law, the Declaration of Noam Biale, and all exhibits attached thereto, will respectfully move this Court, before the Honorable Colleen McMahon, United States District Judge for the Southern District of New York, for an Order dismissing the Indictment against Rui-Siang Lin, pursuant to Federal Rule of Criminal Procedure 12(b)(2) and 22 U.S.C. § 254d.

Dated: October 24, 2025
       New York, New York

              SHER TREMONTE LLP

              */s/    Noam Biale*
              Noam Biale
              Katie Renzler
              Michael Bass
              90 Broad Street, 23rd Floor
              New York, NY 10004
              (212) 202-2600
              nbiale@shertremonte.com
              krenzler@shertremonte.com
              mbass@shertremonte.com

              *Attorneys for Rui-Siang Lin*

To:    Jay Clayton, United States Attorney
       Assistant United States Attorney Ryan Finkel, of counsel
       Assistant United States Attorney Nicholas Chiuchiolo, of counsel
       26 Federal Plaza
       New York, NY 10007