UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.

RUI-SIANG LIN,

          Defendant.

Case No. 24-cr-178 (CM)

---

**DECLARATION OF NOAM BIALE IN SUPPORT OF DEFENDANT RUI-SIANG LIN'S MOTION TO DISMISS THE INDICTMENT**

I, NOAM BIALE, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a partner at the law firm of Sher Tremonte LLP and counsel to Rui-Siang Lin, the defendant in the above-captioned matter.

2. I make this declaration in support of Mr. Lin's motion to dismiss the indictment pursuant to Federal Rule of Criminal Procedure 12(b)(2) and 22 U.S.C. § 254d.

3. My legal team and I have made repeated attempts to speak with representatives of the Taiwanese government to discuss Mr. Lin's diplomatic immunity, including with: (1) a representative of the Taipei Economic and Cultural Representative Office in Washington, D.C.; (2) the Director of the Taipei Economic and Cultural Office in New York, New York; and (3) representative(s) of the Ministry of Foreign Affairs, Republic of China (Taiwan) through official e-mail channels.  None of the individuals with whom we have spoken has provided an answer regarding Taiwan's position on waiver of Mr. Lin's diplomatic immunity.

4. My legal team and I have reviewed the discovery that the government has produced in connection with Mr. Lin's prosecution, and we have not identified any materials indicating that Taiwan has waived, or intends to waive, Mr. Lin's immunity.

5. Based on my conversations with the government, it is my understanding that, as of at least Friday, October 17, 2024, it had not discussed the issue of Mr. Lin's immunity with the Taiwanese government.

6. My legal team and I have spoken with prosecutors and investigators from the Taiwanese Ministry of Justice, who stated that the Ministry of Justice is investigating criminal charges against Mr. Lin for the same conduct underlying this action. The Taiwanese prosecutors seized Mr. Lin's assets as part of their investigation and there is a warrant out for his arrest. They indicated to us that Mr. Lin will likely face prosecution in Taiwan should he return there.

7. Attached as Exhibit A is a true and accurate copy of Mr. Lin's JetBlue flight itinerary for the date May 18, 2024, excerpted from the government's July 8, 2024 production, Bates stamped USAO_00032797.

8. Attached as Exhibit B is a true and accurate copy of Mr. Lin's EVA Air flight itinerary for the dates May 19 to May 20, 2024, excerpted from the government's July 8, 2024 production, Bates stamped USAO_00032796.

9. Attached as Exhibit C is a true and accurate copy of Mr. Lin's British Airways flight itinerary of return to St. Lucia to continue his duties at the Taiwan Mission at St. Lucia for the date May 26, 2024, excerpted from the government's July 8, 2024 production, Bates stamped USAO_00032803.

10. Attached as Exhibit D is a true and accurate copy of Mr. Lin's Taiwan Official Passport, indicating his role as "Assistant Technician, Technical Mission of the Republic of China

(Taiwan) to Saint Lucia," from the government's July 8, 2024 production, Bates stamped USAO_00032778.

11. Attached as <u>Exhibit E</u> is a true and accurate copy of the Plea Agreement, dated December 16, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2025

<i>/s/ Noam Biale</i><br>
NOAM BIALE