# EXHIBIT A

# RUISIANG LIN's Trip Confirmation

**Confirmation code**

CKQJRQ

**Total paid**

$1,207.80
Includes taxes and fees

## Flight summary

St. Lucia UVF › New York, NY JFK

Saturday, May 18, 2024 - Saturday, May 18, 2024

One-way
1 ADULT

## Flight details

**Departure** St. Lucia › New York, NY

1. Departure UVF  Sat, May 18, 2024  4:30pm
   St. Lucia

   5 hrs 1 min   AIRCRAFT
                 A321/Mint

   Arrival JFK  Sat, May 18, 2024  9:31pm
   New York, NY

## Passenger details

1. RUISIANG LIN's Trip Confirmation

   1  B6 882    Seat: 4A        eTicket:
                                2792152473157

## Payment details

| | |
|---|---|
| Fare | $1,000.00 |
| Seats | $0.00 |
| Taxes & Fees | $207.80 |
| **Total paid** | **$1,207.80** |