# EXHIBIT B

Gold Track is available, please refer to the Star Alliance website. (Access to Gold Track is subject to airport's terms and conditions)

*Earn Miles, Fly More, join Infinity MileageLands online.
Please input membership number upon reservation to ensure mileage credit.*

| From | To | Flight | Departure | Arrival | Last check- |
|---|---|---|---|---|---|
| NEW YORK JOHN F KENNEDY INTL<br>Terminal: 1 | TAIPEI TAIWAN TAOYUAN INTL<br>Terminal: 2 | BR31 | 01:25<br>19May2024 | 05:15<br>20May2024 | |
| Class: K | | | Operated by: EVA AIR<br>Marketed by: EVA AIR | | NVB (2): 19May2024<br>NVA (3): 19May2024 |
| Baggage (4): 2PC | | | Booking status (1): OK | | Duration: 15:50 |
| Fare basis: KHWOUE | | | Frequent flyer number: | | |
| TAIPEI TAIWAN TAOYUAN INTL<br>Terminal: 2 | SINGAPORE CHANGI<br>Terminal: 3 | BR215 | 09:25<br>20May2024 | 13:50<br>20May2024 | |
| Class: K | | | Operated by: EVA AIR<br>Marketed by: EVA AIR | | NVB (2): 20May2024<br>NVA (3): 20May2024 |
| Baggage (4): 2PC | | | Booking status (1): OK | | Duration: 04:25 |
| Fare basis: KHWOUE | | | Frequent flyer number: | | |

(1) OK = Confirmed  (2) NVB = Not valid before  (3) NVA = Not valid after  (4) Each passenger can check in a specific amount of baggage at no extra cost as indicated above in the column baggage.

ELECTRONIC TICKET REMARKS

Definition of Booking Status:
OK = Confirmed; RQ = Waitlisted (not confirmed); SA = Subject to space being available; NS = Infant not occupying a seat; Blank = No booking yet.

Your ticket is stored in our booking system. This receipt is treated as confirmation of ticket purchased.

Baggage Policy

FKSIN                                           UP TO 50L B 23KG  N 62L L 158L CM

t Checked Bag                                   Free of Charge

US.AO_00032796