# EXHIBIT C

# BRITISH AIRWAYS

**M2W7NQ   London to St Lucia**

This is not a boarding pass.
You still need a boarding pass before you fly.

- Depart at 11:15, Sun 26 May 2024
  **Gatwick (London) Terminal 5**
  BA2159, World Traveller Plus (E), Confirmed, Boeing 777 jet

  8H 45M   OPERATED BY BRITISH AIRWAYS

- Arrive at 15:00, Sun 26 May 2024
  **St Lucia (Hewanorra)**

## Your flight choices

**Ruisiang Lin**

11A
Window
World Traveller Plus

- 2 × 23kg checked-in bags
- 1 × cabin bag (56 × 45 × 25cm)
- 1 × handbag/laptop (40 × 30 × 15cm)

- Drinks and meals included
- Do you have specific dietary requirements?

MORE INFORMATION

### Cancelling your booking
There are no refunds except for any government & airport taxes View your cancellation options for this booking

### Change time or date
Time/date changes permitted at any time before each flight departure for a change fee of £150 or an upgrade fee of £150 plus any difference in fare. All sectors may be repriced. Changes subject to availability. Fees apply per ticket. View your change time or date options

### Check-in
ba.com online check-in opens 24 hours before departure and closes 1 hour before departure. You can check in online for this flight and print your own boarding pass if you have bags to check in please take them to Bag Drop in Zone C.

Self-service kiosk check-in opens 03:30 (and between 16:00 and 22:00 for flights departing before 13:00 the following day) and closes 1 hour before departure. Location Zone A. If you have bags to check in, please take them to Bag Drop in Zone C.

Airport desk check-in opens 03:30 (and between 16:00 and 22:00 for flights departing before 13:00 the next day). Please note check in desks open 3 hours before departure, and closes 1 hour before departure. Location - Zone A. If you already have a boarding pass and have bags to check in, please take them to Bag Drop in Zone

### After check-in
After you have checked in, go immediately through Security to the departure area. Allow enough time to complete security search and passport checks, and to get to your gate before it closes.

### In the Lounge
British Airways FIRST Lounge

The lounge is located after Security, on the upper mezzanine level. (Lounge access is subject to capacity restrictions.)

Catch up on work before you travel, enjoy a snack or simply unwind in a relaxing area away from the busy airport environment. The above lounge eligibility assumes Executive Club Gold tier membership.

---

# SINGAPORE AIRLINES

Travel itinerary & receipt

**Mr Ruisiang Lin**
KrisFlyer

Dear Mr LIN

We're thrilled to be welcoming you on board Singapore Airlines soon. In the mean time, you'll find your itinerary and conditions for your fare type attached to this e-mail. If you have any questions, don't hesitate to contact Singapore Airlines. See you soon!

**Booking reference:** 6RLFM8
Ticket number: 618-2452772813
Date of issue: 04 May 2024
Place of issue: Online Booking
IATA number: 32393340

Singapore Airlines Group

**Premium Economy (S)**

**1  SQ322   Singapore to London**

Non-stop   13hrs 25mins

**DEPARTING**
**SIN 23:30**
Singapore
Saturday 25 May 2024
Changi Terminal 3

**ARRIVING**
**LHR 05:55**
London
Sunday 26 May 2024
Heathrow Terminal 2

**STATUS  CONFIRMED**
Singapore Airlines · SQ322
Airbus A380-800
Premium Economy

Contact us   FAQs   Baggage   Terms and Conditions

© 2017 Singapore Airlines. All Rights Reserved. Singapore Co. Reg. No. 197200078R

USAO_00032803