# EXHIBIT 1

駐 美 國 台 北 經 濟 文 化 代 表 處

Taipei Economic and Cultural Representative Office
in the United States

4201 Wisconsin Avenue, N.W., Washington, D.C. 20016
Tel: (202) 895-1800

November 18, 2025

Mr. David M. LaMontagne
Executive Director
American Institute in Taiwan
1300 17th Street N, Suite 750
Arlington, VA 22209

Dear Mr. LaMontagne:

Thank you for your letter dated November 13, 2025 (REF: AIT-11132025-001), forwarding the letter from Ms. Judy Kuo, Director of the Office of Taiwan Coordination, Bureau of East Asian and Pacific Affairs of the U.S. Department of State, to Taiwan Ministry of Foreign Affairs regarding the case (Case 1:24-cr-00178) of Mr. Lin Rui-hsiang (a/k/a Rui-Siang Lin).

Please see the response from the Taiwan Ministry of Foreign Affairs as follows:

1. When Mr. Lin was arrested in the U.S., he was serving alternative military service as an assistant technician stationed in Taiwan's Technical Mission in St. Lucia. He was neither a "diplomatic agent," "member of the administrative and technical staff," "member of the service staff," nor holding any position under Article 1 of the Vienna Convention on Diplomatic Relations.

2. In conclusion, Mr. Lin did not and does not enjoy diplomatic privileges and immunities under the Vienna Convention on Diplomatic Relations or any other source of law in connection with his position with Taiwan's Technical Mission in St. Lucia or any other Taiwan entity.

It would be appreciated if you could kindly forward this letter to Ms. Judy Kuo, Director of the Taiwan Coordination, Bureau of East Asian and Pacific Affairs, U.S. Department of State.

Sincerely,

Gervasio Chi-Chung Hsu
Director
Political Division
Taipei Economic and Cultural Representative Office
in the United States