UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.

RUI-SIANG LIN,

          Defendant.

Case No. 24-cr-178 (CM)

## DECLARATION OF NOAM BIALE

I, NOAM BIALE, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.    I am a partner at the law firm of Sher Tremonte LLP and counsel to Rui-Siang Lin, the defendant in the above-captioned matter.

2.    I make this declaration in support of Mr. Lin's Reply Memorandum of Law in support of his motion to dismiss the indictment pursuant to Federal Rule of Criminal Procedure 12(b)(2) and 22 U.S.C. § 254d.

3.    Attached as Exhibit A-1 is a true and accurate copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Due to the stated classification status of the document, personal information is redacted, and the document is being filed under seal to the Chambers of the Honorable Colleen McMahon.

4.    Attached as Exhibit A-2 is an English language version of Exhibit A-1.  A paralegal at my firm, Jefferson Sheng, translated the document from Mandarin to English on December 4, 2025.  For the same reasons as those stated above, this document is being filed under seal.

1

5. Attached as <u>Exhibit B</u> is a true and accurate screenshot of the TVBS News report dated December 22, 2024, https://www.youtube.com/watch?v=C8UKSoKWvQU&t=79s at 1 minute 39 seconds (last accessed Dec. 4, 2025), which displays a portion of an article titled "Taiwan Sponsors Cryptocurrency and Cybercrime Training" that the Embassy of the Republic of China (Taiwan) in St. Lucia published on April 4, 2024 on St. Lucia's Ministry of Legal Affairs official website. At a later date, the publication was edited to exclude reference to Mr. Lin. The edited publication is available at https://legalaffairs.govt.lc/news/taiwan-sponsors-cryptocurrency-and-cybercrime-training (last visited Dec. 4, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 5, 2025

                                                             */s/ Noam Biale*
                                                             NOAM BIALE