UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-26
```

UNITED STATES OF AMERICA,

            -v-

24-CR-178 (CM)

RUI-SIANG LIN,

            Defendant.

## SCHEDULING ORDER

McMahon, J.:

      The sentencing of defendant has been adjourned to January 27, 2026, at 2:00 p.m.

Dated: January 6, 2026

                                   _____
                                       U.S.D.J.

BY ECF TO ALL COUNSEL