UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-26
```

UNITED STATES OF AMERICA,

           -v-

RUI-SIANG LIN,

           Defendant.

24-CR-178 (CM)

AMENDED SCHEDULING ORDER (TIME CHANGE)

McMahon, J.:

        The sentencing of defendant has been adjourned to January 27, 2026, at **11:30 a.m.**

Dated: January 8, 2026

                                          U.S.D.J.

BY ECF TO ALL COUNSEL