UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2026

UNITED STATES OF AMERICA,

-v-

24-CR-178 (CM)

RUI-SIANG LIN,

Defendant.

AMENDED SCHEDULING ORDER (DATE CHANGE)

McMahon, J.:

The sentencing of defendant has been adjourned to Tuesday, February 3, 2026,

at **2:00 p.m.**

Dated: January 23, 2026

_____
U.S.D.J.

BY ECF TO ALL COUNSEL