

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, New York 10278*

January 30, 2026

**BY ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Lin*, 24 Cr. 178 (CM)

Dear Judge McMahon:

    The Government respectfully requests that the Court so-order the attached Second Consent Preliminary Order of Forfeiture, which has been signed by the parties.

    The Government is available to address any questions that the Court may have.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

    By: /s/
    Ryan Finkel
    Nicholas Chiuchiolo
    Assistant United States Attorneys
    (212) 637-6612/1247

cc:    Defense counsel of record (by ECF)