# SHER TREMONTE LLP

February 5, 2026

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Rui-Siang Lin*
              Case No. 24-CR-178 (CM)

Dear Judge McMahon:

    I represent Rui-Siang Lin.  I write to the Court regarding two requests discussed on the record at Mr. Lin's sentencing on February 3, 2026.

    First, at the conclusion of the sentencing, I requested that the Court appointment me as Mr. Lin's counsel pursuant to the Criminal Justice Act to advise him about his appellate rights, which the Court granted.  I have spoken to the CJA Clerk who has informed me that an order to that effect must be entered on the docket, and so I respectfully request that the Court do so.

    Second, at sentencing, I stated that I would write to the Court concerning a request for a recommendation for a Bureau of Prisons Facility designation.  Having consulted with my client, I respectfully request that the Court issue an amended judgment that includes a recommendation that Mr. Lin be designated to FCI Allenwood.

    I appreciate the Court's consideration.

                                        Respectfully submitted,

                                        /s/*Noam Biale*
                                        Noam Biale

                                        *Attorney for Rui-Siang Lin*

cc:      All counsel (by ECF)