# SHER TREMONTE LLP

February 5, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-26

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*MEMO ENDORSED*

Re:     *United States v. Rui-Siang Lin*
        Case No. 24-CR-178 (CM)

Dear Judge McMahon:

I represent Rui-Siang Lin.  I write to the Court regarding two requests discussed
on the record at Mr. Lin's sentencing on February 3, 2026.

*2/5/26*

First, at the conclusion of the sentencing, I requested that the Court appointment
me as Mr. Lin's counsel pursuant to the Criminal Justice Act to advise him about his
appellate rights, which the Court granted.  I have spoken to the CJA Clerk who has
informed me that an order to that effect must be entered on the docket, and so I
respectfully request that the Court do so.

*So ordered.*

Second, at sentencing, I stated that I would write to the Court concerning a
request for a recommendation for a Bureau of Prisons Facility designation.  Having
consulted with my client, I respectfully request that the Court issue an amended judgment
that includes a recommendation that Mr. Lin be designated to FCI Allenwood.

*So Ordered.*

I appreciate the Court's consideration.

Respectfully submitted,

/s/Noam Biale
Noam Biale

*Attorney for Rui-Siang Lin*

(1) Counsel appointed to
represent Mr Lin pursuant
to CJA; and

cc:     All counsel (by ECF)

(2) New Amended judment
be filed with deft
designation requests