UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUI-SIANG LIN,<br><br>          Defendant. | Case No. 24-cr-178 (CM) |

**DECLARATION OF NOAM BIALE IN SUPPORT OF**
**DEFENDANT RUI-SIANG LIN'S SENTENCING SUBMISSION**

I, NOAM BIALE, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a partner at the law firm of Sher Tremonte LLP and counsel to Rui-Siang Lin, the defendant in the above-captioned matter.

2. I make this declaration in support of Mr. Lin's Sentencing Memorandum.

3. Attached as Exhibit 1 is a true and accurate copy of Mr. Lin's sentencing letter to the Honorable Colleen McMahon, dated January 13, 2026.

4. Attached as Exhibit 2 and its subparts, Exhibit 2-A through Exhibit 2-M, are true and accurate copies of letters of support from Mr. Lin's family, friends, and professional colleagues.

    a. Attached as Exhibit 2-A is a true and accurate copy of a letter of support from Mr. Lin's mother, dated December 19, 2025. A paralegal at my firm, Jefferson Sheng, who is fluent in Mandarin, translated the document from Mandarin to English on January 6, 2026.

1

  b.  Attached as <u>Exhibit 2-B</u> is a true and accurate copy of a letter of support from Mr. Lin's younger brother, dated December 19, 2025.

  c.  Attached as <u>Exhibit 2-C</u> is a true and accurate copy of a letter of support from I-Lin Chen, dated January 19, 2025. Paralegal Jefferson Sheng translated the document from Mandarin to English on December 24, 2025.

  d.  Attached as <u>Exhibit 2-D</u> is a true and accurate copy of a letter of support from Mr. Lin's childhood friend, Stephanie Chang, dated January 13, 2026. Paralegal Jefferson Sheng translated the document from Mandarin to English on January 13, 2026.

  e.  Attached as <u>Exhibit 2-E</u> is a true and accurate copy of a letter of support from Mr. Lin's college friend, Ming-Han Li, dated December 2, 2024. Paralegal Jefferson Sheng translated the document from Mandarin to English on December 29, 2025.

  f.  Attached as <u>Exhibit 2-F</u> is a true and accurate copy of a letter of support from Mr. Lin's colleague, C. Y. Tsai, during his alternative military service in Saint Lucia, dated January 23, 2025.

  g.  Attached as <u>Exhibit 2-G</u> is a true and accurate copy of a letter of support from Mr. Lin's math and physics tutor, Yu-Lin Liu, dated January 19, 2025. Paralegal Jefferson Sheng translated the document from Mandarin to English on December 24, 2025.

  h.  Attached as <u>Exhibit 2-H</u> is a true and accurate copy of a letter of support from Mr. Lin's undergraduate project advisor at National Taiwanese University, Professor Seng-cho Chou, dated January 30, 2025.

    i. Attached as <u>Exhibit 2-I</u> is a true and accurate copy of a letter of support from Mr. Lin's uncle, Francis Hsieh, dated February 7, 2025. Paralegal Jefferson Sheng translated the document from Mandarin to English on December 24, 2025.

    j. Attached as <u>Exhibit 2-J</u> is a true and accurate copy of a letter of support from Mr. Lin's colleague, Po-I Li, during his alternative military service in Saint Lucia, dated February 11, 2025.

    k. Attached as <u>Exhibit 2-K</u> is a true and accurate copy of a letter of support from Mr. Lin's family friend, Chien-Ju Kuo, dated February 21, 2025.

    l. Attached as <u>Exhibit 2-L</u> is a true and accurate copy of a letter of support from Mr. Lin's family friend, Lily Chang, dated January 13, 2026. Paralegal Jefferson Sheng translated the document from Mandarin to English on January 13, 2026.

    m. Attached as <u>Exhibit 2-M</u> is a true and accurate copy of a letter of support from Mr. Lin's mentor, Wen-Chien Chiu, dated February 22, 2025. Paralegal Jefferson Sheng translated the document from Mandarin to English on December 29, 2025.

  5. Attached as <u>Exhibit 3</u> is a true and accurate copy of Jabber[1] chat logs for the period of March 24, 2022 to March 29, 2022 between Mr. Lin and an Incognito administrator that was a confidential human source (hereinafter "CHS") that is run by a team of FBI investigators.

  6. Attached as <u>Exhibit 4</u> is a true and accurate copy of the coding file containing Incognito's Terms of Service.

---

[1] Jabber is an instant messaging application.

7. Attached as <u>Exhibit 5</u> and its subparts, <u>Exhibit 5-A</u> through <u>Exhibit 5-F</u>, are true and accurate copies of data extracted from Incognito's server.

   a. Attached as <u>Exhibit 5-A</u> is a true and accurate copy of Incognito's order processing activity from December 2020 until March 2024.

   b. Attached as <u>Exhibit 5-B</u> is a true and accurate copy of all the "memos," or internal communications among Incognito's administrators, posted on Incognito.

   c. Attached as <u>Exhibit 5-C</u> is a true and accurate copy of a dispute ticket between an Incognito user and vendor, dated October 14, 2023.

   d. Attached as <u>Exhibit 5-D</u> is a true and accurate copy of a dispute ticket between an Incognito user and vendor, dated November 18, 2023.

   e. Attached as <u>Exhibit 5-E</u> is a true and accurate copy of a dispute ticket between an Incognito user and vendor, dated November 1, 2023.

   f. Attached as <u>Exhibit 5-F</u> is a true and accurate copy of a September 6, 2022 transaction on Incognito between vendor "redlightlabs" and user David Reed Churchill using the moniker "Rchurchill."

8. Attached as <u>Exhibit 6</u> is a true and accurate copy ███████████████████████████████.

9. Attached as <u>Exhibit 7</u> is a true and accurate excerpt from a document titled "Incognito Weekly Update," containing a log of CHS's chat activity on July 18, 2022.

10. Attached as <u>Exhibit 8</u> is a true and accurate copy of a chat log between CHS and Administrator-1, ███████████████.

4

11. Attached as <u>Exhibit 9</u> is a true and accurate copy of FBI Special Agent Andrew Bennett's affidavit in support of an application for a search warrant, dated May 17, 2024.

12. Attached as <u>Exhibit 10</u> is a true and accurate copy of a Jabber chat between Mr. Lin and CHS, dated March 27, 2022. ███████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████."

13. Attached as <u>Exhibit 11</u> is a true and accurate copy of a Jabber chat between CHS and Administrator-1, dated April 19, 2022. The date of the conversation is indicated in the name of the file produced by the government, "USAO_00007199 - ███████████████."

14. Attached as <u>Exhibit 12</u> is a true and accurate copy of a Jabber chat between CHS and Administrator-1, ███████████████████████████████████████.

15. Attached as <u>Exhibit 13</u> is a true and accurate copy of a document titled "Incognito Weekly Update," containing a log of CHS's chat activity between October 1, 2022 and October 7, 2022.

16. Attached as <u>Exhibit 14</u> is a true and accurate copy of a document titled "Incognito Weekly Update," containing a log of CHS's chat activity between May 14, 2022 and May 20, 2022.

17. Attached as <u>Exhibit 15</u> is a true and accurate excerpt from a document titled "Incognito Weekly Update," containing a log of CHS's chat activity on May 11, 2022.

18. Attached as <u>Exhibit 16</u> is a true and accurate copy of a Jabber chat between CHS and Administrator-1, ███████████.

19. Attached as <u>Exhibit 17</u> is a true and accurate copy ████████████████████

████████████████████████████████████████████.

20.     Attached as Exhibit 18 is a true and accurate excerpt from a document titled "Incognito Weekly Update," containing a log of CHS's chat activity on July 13, 2022.

21.     Attached as Exhibit 19 is a true and accurate copy of a Jabber chat between Mr. Lin and CHS dated March 30, 2022.

22.     Attached as Exhibit 20 is a true and accurate copy ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

23.     Attached as Exhibit 21 is a true and accurate excerpt from a document titled "Incognito Weekly Update," containing a log of CHS's chat activity between August 16, 2022 and August 19, 2022.

24.     Attached as Exhibit 22 is a true and accurate excerpt from a document titled "Incognito Weekly Update," containing a log of CHS's chat activity on November 20, 2022 and November 24, 2022.

25.     Attached as Exhibit 23 is a true and accurate excerpt from a document titled "Incognito Weekly Update," containing a log of CHS's chat activity on July 5, 2022.

26.     Attached as Exhibit 24 is a true and accurate copy of a Jabber chat between CHS and Administrator-1, ▮▮▮▮▮▮▮▮▮▮▮▮▮.

27.     Attached as Exhibit 25 is a true and accurate copy of a Jabber chat between CHS and Administrator-1, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

28.     Attached as Exhibit 26 is a true and accurate copy of a Jabber chat between CHS and Administrator-1, ▮▮▮▮▮▮▮▮▮▮▮.

29.     Attached as Exhibit 27 is a true and accurate copy of a Jabber chat between Mr. Lin and CHS dated July 19, 2022.

6

30. Attached as Exhibit 28 is a true and accurate copy of a screenshot from CHS's computer screen from July 2022.

31. Attached as Exhibit 29 is a true and accurate copy of a screenshot from CHS's computer screen dated May 23, 2022.

32. Attached as Exhibit 30 is a true and accurate copy of a screenshot from CHS's computer screen showing an order placed on Incognito on January 4, 2024.

33. Attached as Exhibit 31 is a true and accurate copy of an FBI internal memorandum, dated January 11, 2024. Attached as Exhibit 31 is a true and accurate copy of an FBI internal memorandum, drafted on and dated January 11, 2024.

34. Attached as Exhibit 32 is a true and accurate copy of an FBI internal memorandum, drafted on February 13, 2024 and dated April 2, 2024.

35. Attached as Exhibit 33 is a true and accurate copy of a DEA Chemical Analysis Report, dated December 15, 2023.

36. Attached as Exhibit 34 is a true and accurate copy of a DEA Chemical Analysis Report, dated January 16, 2024.

37. Attached as Exhibit 35 is a true and accurate copy ███████████████ ███████████████████████████.

38. Attached as Exhibit 36 is a true and accurate copy ███████████████ ███████████████████████████████████████████.

39. Attached as Exhibit 37 is a true and accurate copy of an email I sent to the MDC Legal Department counsel Sophia Papapetru, Irene Chan, and Elizabeth Lynch, copying Katie Renzler, AUSA Ryan Finkel, and AUSA Nicholas Chiuchiolo, dated December 2, 2024.

40. Attached as <u>Exhibit 38</u> is a true and accurate copy of a letter from Colette S. Peters, dated March 1, 2024; Certificates of Completion, Excellence, Achievement from the MDC; a letter from Dr. Kari Schlessinger, dated February 2, 2025; and Inmate Education Data Transcripts, dated April 3, 2025 and September 4, 2025.

41. Attached as <u>Exhibit 39</u> is a true and accurate copy of Mr. Lin's Plea Agreement, dated December 16, 2024.

42. As part of the discovery, the government produced a copy of Incognito's server. The defense team reviewed the Incognito server and calculated the number of "messages"—or responses to tickets and disputes raised by users and vendors—that CHS, Administrator-1, and Mr. Lin sent, ███████████████████████████████████████████████, CHS sent 13,793 messages, Administrator-1 sent 3,448 messages, and Mr. Lin sent thirty messages.

43. Administrator-1's 3,448 messages were primarily related to vetting and approving vendor applications, granting and revoking vendor and user privileges, monitoring and approving vendor listings, monitoring user activity, answering support tickets from users and vendors, involving technical support related to shipping, refunds, and resolving disputes.

44. My team and I reviewed the Incognito server and calculated that the Incognito vendor "darkgoods" completed 818 sales after October 14, 2023.

45. My team and I reviewed the Incognito server and calculated that the Incognito vendor "SevenEleven" completed fifty-three sales after November 1, 2023.

46. My team and I reviewed the Incognito server and calculated that the Incognito vendor "sexman66" completed 1,076 sales between November 30, 2023 and March 5, 2024.

47. My team and I reviewed the Incognito server and calculated that the Incognito vendor "Kasosin" completed 324 sales after December 15, 2023.

48.     My team and I reviewed the Incognito server and calculated that fifty users voted on Incognito's proposal to remove the site's ban on the sale of fentanyl.  However, the poll tallied 493 total votes, 409 of which were vetoes.

49.     My team and I reviewed Taiwanese news articles regarding Mr. Lin since the date of his arrest on May 18, 2024 and found more than fifty news articles and videos discussing Mr. Lin.

50.     On September 4, 2025, in a video conference with the undersigned, the Taiwanese prosecutors investigating Mr. Lin advised that, based on Mr. Lin's refusal (through counsel) to participate in an interview with them regarding their investigation into his conduct, he is currently considered to be a fugitive.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 13, 2026

                                                                                    */s/ Noam Biale*
                                                                                    NOAM BIALE