# EXHIBIT 4

```
1     extends ../layout
2     block body-prepend
3       title Terms of Service | Incognito Market
4     block content
5       .xl-container.text-xs
6         h1.text-xl.font-bold.text-gray-200 Terms of Service
7         p.mt-2.text-justify.text-gray-300 Incognito Market is a market built to make the danger of
8     buying drugs on the streets almost non-existent. To build a safer market for our users, we
9     implement these rules. Anyone found breaking these rules will be penalized according to
10    moderators' discretion, usually involving a ban and blacklisting from the market. The allowed
11    products on this market are mainstream narcotics (excluding fentanyl), as well as alcohol and
12    tobacco products, and assorted paraphernalia for growing, synthesis, manufacture, consumption,
13    or similar activity related to these substances.
14        p.mt-2.text-justify.text-gray-300 1: No sale or offer of gore or pornographic materials. In this
15    context, "gore" is defined as any media (be it picture, video, or other, electronic or physical) that
16    involves the abuse or harm of any person or animal, whether living or dead, and "pornographic
17    materials" is identified as any media (be it picture, video or other, electronic or physical)
18    designed to be sexually appealing to a certain group. The ban on pornography also includes
19    child, animal, or harm-based media.
20        p.mt-2.text-justify.text-gray-300 2: No sale or offer of weaponry, arms, or toxic/explosive
21    materials and substances, including but not limited to:
22          ul.px-2.text-justify.text-gray-300
23            li - Guns (including handguns, rifles and shotguns), even if for decorative or collecting
24    purposes or for the purposes of hunting animals or self-defence. Ammunition and add-ons for
25    firearms (including rifle scops, laser pointers, or modifications) are also banned.
26            li - Bladed weapons (including machetes, swords, axes, bayonets, knives, daggers or
27    improvised bladed weapons), even if for decorative or collecting purposes or for the purposes of
28    hunting animals or self-defence.
29            li - Explosives (including incendiary devices, grenades, bombs, land mines, pipe bombs, car
30    bombs, and IEDs).
31            li - Any chemical that has poisonous, irritant or solely harmful capabilities (such as, but not
32    limited to, pepper spray/Mace, chlorine and similar gases and chemicals, or any poisonous
33    compound such as ricin or cyanide).
34            li - Non-lethal but still harmful weapons such as police batons, Tasers/stun guns, or clubs.
35            li - Apparel such as bulletproof or stab-proof vests, riot gear, helmets, gas masks, ammo
36    belts and pouches, bulletproof material,
37            li - Information about the synthesis of banned chemicals and substances, or information
38    about, blueprints for, or materials for the creation of any of the above banned items and
39    substances is also banned.
40        p.mt-2.text-justify.text-gray-300 3: No sale of malware or fraud methods or items. Fraud and
41    malware as a whole is disallowed on this market. The term "fraud" is also used here to
42    encompass counterfeit money or items, fake IDs/passports/driver's licences, or the sale of items
43    gained via carding or similar fraudulent methods.
44        p.mt-2.text-justify.text-gray-300 4: We disallow any sale of fentanyl or its analogues and
45    related chemicals, including carfentanyl or products containing fentanyl or carfentanyl. Any
```

```
46    vendor found to be selling products containing fentanyl or carfentanyl under a different name to
47    circumvent this rule will be promptly banned.
48        p.mt-2.text-justify.text-gray-300 5: No sale of fake, underdosed, dishonestly labelled, inactive,
49    dangerous, or low-quality product.
50        p.mt-2.text-justify.text-gray-300 6: No sale of live or dead animals, in whole or in part,
51    including both regular pets or exotic animals. This includes ivory, bone, teeth, fur, feathers, skin,
52    claws, organs, or bodily fluids. This rule also encompasses the sale of living or dead humans or
53    of human parts, including bones, teeth, hair, skin, organs, bodily fluids, for any reason. This is
54    not a market for human trafficking or buying tiger-fur rugs.
55        p.mt-2.text-justify.text-gray-300 7: No advertising or sale of services related to harm of
56    another human being or animal, whether real or fake. This includes advertising or selling media
57    of harm or abuse (see rule #1), hitman services, red rooms, torture services, mental, physical or
58    emotional harm, stalking, etc.
59        p.mt-2.text-justify.text-gray-300 8: No doxxing, extortion or blackmail. Anybody, whether
60    vendor, buyer or other, found to be engaging in this practice will be banned immediately.
61        p.mt-2.text-justify.text-gray-300 9: No scamming, whether by vendor or buyer. Our team takes
62    this very seriously, and perpetrators will be banned.
63        p.mt-2.text-justify.text-gray-300 10: No directing buyers away from the market to direct deals
64    or other markets in their public profile. Also, vendors found to be directing buyers away from the
65    market escrow to scam via direct deal or other method will be banned.
66        p.mt-2.text-justify.text-gray-300 11: No phishing or impersonation of staff, vendors or buyers
67    on the market to confuse, trick or steal from any users of this market.
68        p.mt-2.text-justify.text-gray-300 12: No malformed inbound or outbound crypto transactions
69    whether intentional or unintentional.
70        p.mt-2.text-justify.text-gray-300 13: No spamming, including but not restricting to the
71    following functionalities: messaging, ordering, listing and support.
72        p.mt-2.text-justify.text-gray-300 14: Incognito team reserves the right to modify these terms.
```