# EXHIBIT 28



USAO_00004415