# EXHIBIT 37

Outlook

**Rui-Siang Lin, 12648-506**

**From** Noam Biale <NBiale@shertremonte.com>

**Date** Mon 12/2/2024 12:35 PM

**To** Sophia Papapetru <spapapetru@bop.gov>; Irene Chan <ichan@bop.gov>; Lynch, Elizabeth (BOP) <elynch1@bop.gov>

**Cc** Katie Renzler <KRenzler@shertremonte.com>; 'ryan.finkel@usdoj.gov' <Ryan.Finkel@usdoj.gov>; Chiuchiolo, Nicholas (USANYS) <Nicholas.Chiuchiolo@usdoj.gov>

Dear Sophia, Irene and Liz:

Our client Rui-Siang Lin has a laptop that he is supposed to be able to use in the VR to review his discovery. Judge McMahon ordered that he be able to do so for 15 hours a week. Unfortunately, since Mr. Lin received the laptop on 10/23, he has not been given the allotted 15 hours per week, and on at least three occasions has received the laptop for less than 7.5 hours. Mr. Lin wrote to the Warden on 11/21 and requested that he be given access, especially given that he has an impending plea deadline of this week. The Warden responded that he had forwarded Mr. Lin's request to the legal department. However, Mr. Lin has heard nothing since then and has only been permitted to use the laptop on one occasion, 11/26, for 2.5 hours. It is essential that Mr. Lin be able to review his discovery, especially at this critical moment in the case. Can you please provide me with an explanation for what you will do going forward to ensure he has access? We will be appearing before Judge McMahon on Thursday and I would like to be able to explain to her that this is being addressed.

Thank you,
Noam Biale



**Noam Biale**
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.