# EXHIBIT 38



**U.S. Department of Justice**

Federal Bureau of Prisons

---

Office of the Director                              Washington, DC 20534

March 1, 2024

## MEMORANDUM FOR ALL SUICIDE WATCH COMPANIONS

**FROM:**        Colette S. Peters, Director

**SUBJECT:**     Suicide Watch Companions

As the Director of the Federal Bureau of Prisons, I am committed to ensuring your safety. I am also committed to providing you with programs and services that can contribute to your ability to successfully reenter society. I want to thank you for your commitment and assistance with suicide prevention in the Federal Bureau of Prisons.

Incarceration is difficult for many people; many individuals experience a wide range of emotions, to include sadness, anxiety, loneliness, anger, and shame. Some individuals find incarceration overwhelming. Additionally, struggling with substance use or withdrawing from using substances can cause physical pain and difficulty thinking clearly. At times, someone may feel hopeless about their future and their thoughts may turn to suicide or self-harm. This is not because other solutions do not exist; it is because they are currently unable to see them. As a companion you can help others find hope in what feels like a hopeless situation.

I respect and appreciate the work you do to prevent suicide and support others through their darkest moments. Your work, in collaboration with the professional mental health services provided by the Bureau, truly has the power to save lives.



# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

**Rui-Siang Lin**
*Reg. No. 12648-506*



*has satisfactorily completed*

**The Maintaining My Positive Changes Workbook**

*and is hereby awarded this certificate, this 9th day of October, 2024.*

Dr. Branco
Staff Psychologist

# U.S. Department of Justice
# Federal Bureau of Prisons
# Certificate of Achievement

We present this certificate to

## RUI-SIANG LIN

**K2 AWARENESS**

"The greatest achievement is to outperform yourself."
— Denis Waitley

*M. John Pierre*
Mrs. M. John-Pierre – Supervisor of Education
Metropolitan Detention Center

*C. Emile*
Mrs. C. Emile - Teacher
November 22, 2024



# MDC Brooklyn Recreation Department

This is to Certify that

**Lin Ruisiang**

## STRUCTURED ACTIVITY
## CORE WORKOUT

At MDC Brooklyn

This certificate is hereby issued this 27th day of November 2024

_D. Outlaw_
Recreation Specialist





# Certificate of Excellence

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

Presented to:
## Rui-Siang Lin
Reg. No. 12648-506



For your service as a Suicide Watch Companion, and your display of diligence and dedication, to the Suicide Watch Companion Program

and is hereby awarded this certificate, this 2nd day of February 2025.

Dr. Schless~

Dr. Schlessinger
Chief Psychologist



**U. S. Department of Justice**

Federal Bureau of Prisons
Metropolitan Detention Center
Brooklyn, New York

February 02, 2025

To Whom It May Concern:

This letter is to inform you of Mr. Rui-Siang Lin (Reg #12648-506) participation as a Suicide Watch Companion. The Suicide Watch Companion Program is an integral part of the Federal Bureau of Prison's suicide prevention efforts. Suicide Watch Companions maintain a constant visual observation of individuals placed on Suicide Watch in order to ensure their safety and to better facilitate treatment with Psychology Services staff. Suicide Watch companions are selected based on strict criteria including their emotional stability, maturity, work ethic, and continued engagement in prosocial behavior. During his time in this work program, Mr. Lin has received significant training in recognizing the warning signs, risk/protective factors of suicide and the appropriate procedures for interacting with an individual on Suicide Watch. Since his inclusion in the program on 10/22/2024, Mr. Lin has served diligently in his role and has often provided assistance beyond the requirements. His participation in this voluntary work detail has been greatly appreciated.

Sincerely,

Dr. Schlessinger
Chief Psychologist
MDC Brooklyn

# MDC Brooklyn Recreation Department

This is to Certify that

*Lin Ruisang*

Sentry Journal (Health Journal)

At MDC Brooklyn

This certificate is hereby issued this 21ᵗʰ day of February 2025

__D. Outlaw__
Recreation Specialist



# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

*Rui-siang Lin*

**BUISNESS ETHICS COURSE**
*Adult Continuing Education / Recreation Curriculum*

*A. DeVastey*

**A. DeVastey – Education Technician**
**March 10th, 2025**



```
   BROKF            *        INMATE EDUCATION DATA        *     04-03-2025
PAGE 001 OF 001 *                  TRANSCRIPT             *       10:28:43

REGISTER NO: 12648-506      NAME..: LIN                        FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: BRO-BROOKLYN MDC

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP DATE/TIME
BRO  GED HAS    COMPLETED GED OR HS DIPLOMA     01-18-2025 1110 CURRENT

---------------------------  EDUCATION COURSES  -----------------------------
SUB-FACL    DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
BRO M       TIME MANAGEMENT             03-12-2025 03-25-2025   P  C  P    12
BRO M       BUSINESS ETHICS             02-26-2025 03-10-2025   P  C  P    12
BRO M       HEALTH JOURNAL              01-16-2025 02-21-2025   P  C  P    12
BRO M       CONFLICT RESOLUTION         01-21-2025 01-28-2025   P  C  P    12
BRO M       K2 INFORMATION              11-08-2024 11-22-2024   P  C  P    10




















G0000          TRANSACTION SUCCESSFULLY COMPLETED
```



# MDC Brooklyn Recreation Department

*This is to Certify that*

*Lin Ruisiang*

## STRUCTURED ACTIVITY
## SQUATS

*At MDC Brooklyn*

This certificate is hereby issued this 23th day of April 2025

D. Outlaw

*Recreation Specialist*





# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

*Rui-Siang Lin*

## ENTREPRENEURSHIP COURSE
*Adult Continuing Education / Recreation Curriculum*

*A. DeVastey*

**A. DeVastey – Education Technician**

**August 06th, 2025**

```
   BROKF         *          INMATE EDUCATION DATA       *     09-04-2025
PAGE 001 OF 001  *               TRANSCRIPT             *     09:17:53

REGISTER NO: 12648-506       NAME..: LIN                     FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: BRO-BROOKLYN MDC

------------------------------ EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
BRO  GED HAS    COMPLETED GED OR HS DIPLOMA  01-18-2025 1110 CURRENT

------------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
BRO M      COLUMBIA U./PHOTOGRAPHY CLASS 08-26-2025 CURRENT
BRO M      WEIGHT MANAGEMENT            08-06-2025 CURRENT
BRO M      ENTREPRENEURSHIP             07-23-2025 08-06-2025  P   C  P   12
BRO M      DIABETES                     06-30-2025 07-04-2025  P   C  P    3
BRO M      BUDGETS & FINANCIAL REPORTS  06-11-2025 06-16-2025  P   C  P   12
BRO M      SOFT SKILLS                  03-28-2025 04-04-2025  P   C  P   12
BRO M      TIME MANAGEMENT              03-12-2025 03-25-2025  P   C  P   12
BRO M      BUSINESS ETHICS              02-26-2025 03-10-2025  P   C  P   12
BRO M      HEALTH JOURNAL               01-16-2025 02-21-2025  P   C  P   12
BRO M      CONFLICT RESOLUTION          01-21-2025 01-28-2025  P   C  P   12
BRO M      K2 INFORMATION               11-08-2024 11-22-2024  P   C  P   10




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

# MDC Brooklyn Recreation Department

This is to Certify that

*Rui-Siang Lin*

*Sentry Journal*

*(Weight Management Making a Decision)*

*At MDC Brooklyn*

This certificate is hereby issued this 8th day of September 2025

*D. Outlaw*
Recreation Specialist



# MDC Brooklyn Recreation Department

This is to Certify that

*Lin Ruisiang*

## STRUCTURED ACTIVITY

### BURPEES

At MDC Brooklyn

This certificate is hereby issued this 29th day of October 2025

*D. Outlaw*

Recreation Specialist



# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK

*This Certifies That*

# Rui-Sang Lin

*has successfully completed a mid-term*

*Visualizing History: Photography in Conflicts and Crisis*

*offered by the Center for Justice at Columbia University*

*and in testimony thereof is awarded this*

## Certificate of Completion

*Conferred in the City of New York on this*

*Ninth Day of December in the year Two Thousand Twenty-Five.*

*João Pina*

Instructor