# EXHIBIT B



**dread**     frontpage     all     dread                                    Login   or   Register



## /d/OpSec

| Rules | Tor Browser Security Guide | PGP Guide | DNM Bible | Dread's Canary |

---

**/d/OpSec**
45,996 subscribers



▲
**6**
▼

### Introducing Libre Chat (Beta) - host a room, chat with your friends via the DN's first live relay webchat WITHOUT JS

by /u/pharoah · 1 year ago* in /d/OpSec

Yeah, you saw it right. No JS, yet it works just like normal IRC chatrooms (with a better UI of course).

Beta server now live at:
pwn4l4mut2nejt7yavwl35dbfwswfl5uiqz6fvli7dbyukvr2vvfdqyd.onion

P.S. I'm hosting a room at pwn4l4mut2nejt7yavwl35dbfwswfl5uiqz6fvli7dbyukvr2vvfdqyd.onion/room/69ededc6

9 comments

---

## Comments

≡ Sort comments by Top

[-]  ▲  **/u/AANVOER**  1 points  1 year ago
     ▼  even after restart system you still have the same username dont like this at all

     [-]  ▲  **/u/pharoah** 📢  1 points  1 year ago
          ▼  The username is bound to a cookie, if it's not deleted, you'll get the same username

[-]  ▲  **/u/Harlom**  1 points  1 year ago
     ▼  As another user mentioned I'm worried about the security of this. Can you provide any more info on how the site works?

[-]  ▲  **/u/jasonblockchain**  1 points  1 year ago
     ▼  your Libre chat is fun, good pulse logo. 10/10 Keep it up team. +1

     [-]  ▲  **/u/CurlyDock**  2 points  1 year ago
          ▼  Thank you. We will launch a few more fun projects for the community.

[-]  ▲  **/u/SV2MG**  1 points  1 year ago

---

**SUBSCRIBE**

**SUBMIT A POST**

Please keep all posts related purely to OpSec for single-purposefulness.

Please do not post anything not related to Operational Security. Please search for the proper subdread (they exist).

Discussion of OpSec, Threat Models, Vulnerabilities, Best Practices for OpSec, Assessment & Countermeasures.

All members of this sub are encouraged to think about, discuss, and share ideas relating to OpSec.



Advertise here                    View All

🛡 Moderators

/u/HugBunter  **A**

/u/HeadJanitor  **Moderator**

/u/Pygmalion  **Vendor Opsec**

/u/newbieforever2018  ***You've got ★bail★***

/u/Bluefin  **The Specialist Mod**

**MESSAGE THE MODS**

Created by /u/Cannablys
(5 years ago)