# EXHIBIT F

# dread

frontpage    all    dread                                                              🔍    Login    or    Register

**D ARKNET**MARKETS **PRIORITAIRE**

## /d/DarkNetMarkets

Rules Link!        Click Here for Vendor Flair!        Link To Alternate Subs!        Market Announcements        DNM BUYERS BIBLE V2!

---

▲
**36**
▼

### Warning: Got fucked by fixedfloat.com

by /u/pharoah  `Superlist - Incognito Market`  · 7 months ago* in /d/DarkNetMarkets

Converted large amounts over fixedfloat over the years, never had an issue. Approximately one hour ago, 1 BTC was sent to their exchange for hot wallet rebalancing. XMR didn't come out the other end, and turned out to be confiscated.

Their support replied with: "We received word from our exchange partner that your crypto were obtained through illegal proceedings. Please provide proof of funds."

Careful everyone!

80 comments

## Comments

≡ Sort comments by **Top**

- ▲ /u/Arbiter  11 points  7 months ago
  ▼ /d/InfinityProject is your friend.

  Pretty sure the FixedFloat's whole business model is based upon super low fees but making large scale confiscation of funds knowing that nobody is ever going to be able to provide proof of funds. Stay away from anything with KYC at this point.

  - ▲ /u/tripadvisorPos  2 points  7 months ago
    ▼ This.

  - ▲ /u/CeruleanBlue  1 points  7 months ago
    ▼ Agree.

- ▲ /u/sygnal  7 points  7 months ago
  ▼ Unfortunately, a lot the cryptoswap services have similar policies and I'm pretty sure it's in their TOS. I don't want to come across like I'm defending them, but they're open about their policy. If you want a service without KYC (in any circumstance) then I would suggest eXch or Majestic Bank. For even more certainty I'd recommend a p2p exchange like Localmonero or Bisq.

  - ▲ /u/pharoah 🚩 `Superlist - Incognito Market`  1 points  7 months ago

---

**DNM**

**/d/DarkNetMarkets**
90,035 subscribers

SUBSCRIBE

SUBMIT A POST

User discussion about the DNMs and Vendors.

**GET MARKET LINKS HERE!⚠**

**Visit the Market Superlist Here:**
**/post/d5b2e305c4e1c8**

Directory Of Scam Sites⚠



Advertise here                        View All

🛡 Moderators

/u/samwhiskey  https://daunt.link
/u/HumanPie  NewKidInTown
/u/dontlaugh  `Darknet Shaman`

MESSAGE THE MODS

Created by /u/wombat2combat
(5 years ago)
