# EXHIBIT J

THE HONORABLE SARAH NETBURN

UNITED STATES MAGISTRATE JUDGE

SOUTHERN DISTRICT OF NEW YORK


Your Honor, I would like to submit this victim's impact statement letter regarding the defendant, RUI-SIANG LIN.   AS we have been informed, the computer program developed and marketed by Lin was directly involved in the fentanyl poisoning death of my only son, David Reed Churchill. We lost Reed on September 13, 2022.  Reed took what turned out to be a fake oxycodone pill that was fentanyl that he received in the United States mail.  He acquired the drug via the dark web that was developed and managed by the defendant.  The  primary defendants were in California and have been sentenced to. 20+ years in federal prison.   The details of their cases are readily available to you via the FBI and US Attorney in California.   Reed was 27 years old.  He was supposed to come over to our house that day to let a repairman inside.  When he didn't show up, at lunchtime I went over to his apartment to check on him.  I assumed he had overslept but obviously was worried.   When I entered his apt to check on him, I found him face down on his couch, half on the couch and half on the floor.  I noticed the skin over his abdomen where his shirt was pulled up slightly was blue.  I knew immediately that he was dead.  I went to him and rolled him onto the floor terrified of what I was going to see.  Reed's skin was blue.  He was cold.  His arms and legs were stiff.   He had reddish fluid coming out of his mouth into his face.  Despite my feeble attempts at resuscitation, I knew in my heart he was dead the minute I walked in the door.

I had to call his mother and tell her what I found, and she was hysterical and horrified as you would expect.  I had to call his sister, Cameron, in California who had just been on her new job for 2 weeks and tell her what had happened to the brother with whom she was very close.  The image of him lying there on the floor and trying to do CPR, calling 911 and making those heart wrenching calls to my family and friends is an image that I will never get out of my mind.

Let me tell you about Reed.  Reed was a very quiet, calm, sweet soul.  Reed would never hurt anyone and everybody loved him.  Reed had no enemies to my knowledge.  If you were Reed's friend, there was nothing he wouldn't do for you or help you in any way he could.  Reed was always an exceedingly athletic child, and he grew into a very athletic teenager and adult.  Reed was a star pitcher on his travel baseball team, winning the state championship.  Reed turned his

interest to tennis and became the number one tennis player in the state of Arkansas his junior and senior years in high school. He also won the 7A state championship in singles both junior and senior years and the doubles his sophomore year. Reed loved to compete, and he loved tennis. He loved sports of any kind and excelled at all of them. Reed graduated from Liberty University with a degree in Sports Management. He was gainfully employed in a full-time position as a tennis pro at the Summerhill Racquet Club in Fayetteville. Reed had many clients that loved him and were devastated to hear about his death. He taught young kids, teenagers on the high school team and adults. They all loved Reed, and many reached out to us how much he had helped them on their tennis game. Reed was not a big talker, but he loved to show people how to play tennis and how to overcome some of their problems with their game. He was literally a local tennis hero and over 650 people attended his funeral service.

Obviously, Reed had his own internal demons. He was crushed that the University of Arkansas in our hometown, did not offer him a spot on the tennis team. Reed was 6'4" and a wonderful athlete as I've described. To this day, we still don't understand the decision to not allow him to walk onto the team. This lead him down a path of depression and low self-esteem. Reed never understood his own internal worth after that crushing rejection. He, like many athletes, had injuries, and I think this is what led him to taking pain meds. Unfortunately, like so many others in the world, he apparently became more dependent on them than we ever understood. We tried to talk to him about the dangers of these meds, but he would never admit he had any problem. I had spoken to him several times about the dangers of fentanyl poisoning in the US. He seemed to understand the situation, but I guess felt he had a trusted source for his pain meds.

The impact of this loss on our lives has been devastating to say the least. We've lost our son, we've lost our potential daughter-in-law and lost our potential grandchildren. As I'm an only child, I have lost the legacy of the Churchill name to a certain degree. Reed's friends have lost so much. We hear from them so often. His best friends are completely crushed, and I worry every day about their health and mental safety. My daughter has had to move out of California to Nashville to be near her college friends. She was unable to maintain her focus on her work in CA and needed the support of close friends. My wife and I have struggled on with our work, but I have to say that I work only to stay sane. I have undergone a slowdown in my work, and I find little joy or satisfaction any longer. My wife continues in weekly counseling. I took antidepressants for a year and underwent counseling as well.

Your Honor, the fentanyl crisis in this nation is devastating. As I see it, we have four options in this country. One is we convince China to quit making the drug precursors and selling them into Mexico. Number two is we somehow convince Mexico to stop the cartels from producing and selling fentanyl and other drugs into our country, Number three is we send the marines into

Mexico and take out the cartels and the last option is to prosecute  the people who are selling these drugs to our citizens.  Your Honor, it is my understanding that we are losing around 100,000 young men and women every year in this country.  We are wiping out a generation of our best and brightest with these poisons.  I don't expect us to stop China.  I don't expect us to send in the Marines to Mexico, but I would hope that the court system can prosecute people who are responsible for this mass murder to the fullest extent of the law.  I have a picture of Reed's grave site in the cemetery.  Just to the right of Reed, is another 25-year-old who also died of fentanyl.  Just to the right of that grave site is another grave of a 40-year-old son of a local physician who also died of fentanyl.  We personally know of 2 other 20-year-olds in our circle who have died of fentanyl.  The coroner here says there are many more.  I have become acquainted with a Judge and his attorney wife in Little Rock whose 25-year-old son died about 2 weeks after Reed did of drug poisoning.  This is a terrible problem that is being supported and profited on by the people like the defendant.

Your Honor, the average lifespan of an American male is now 76 years.  Reed. Was 27 years old when he died.  Reed has been cheated out of 49 years of life.  We have been cheated out of 49 years of love, and enjoyment and propagation of our family. We struggle to function every day without our son.  We've likely put more pressure on our daughter because she is  our hope for the. Future.  I think a fair sentence for this defendant would be to take away his next 49 years if that is a possibility within the law.  That's what he helped rob from us and the other families.  In the California cases, we knew of at least 4-5 other families linked to those defendants.  I would suspect, given the extent of the reach this defendant has had with this dark web enterprise, he's responsible for the deaths of thousands of people putting him in. the company of the mass murderers in history.

Your Honor, I appreciate the time you have taken in reading this long letter.  I hope I have not bored the court.  We are a quiet, peaceful, hard-working family who try to follow the rules, pay our taxes and help our neighbors.  We are not vindicative but request that the court will consider the widespread pain and suffering that the defendant has facilitated and impose the harshest sentence allowable.  Hopefully this will send a strong message to all the other dealers like him that are poisoning our country and devastating families all over the country and the world.   Thank you for your time and consideration.


David Churchill