# EXHIBIT L

# (Sealed)