# EXHIBIT M

# (Sealed)