# EXHIBIT N

# (Sealed)