# EXHIBIT P



Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Saturday, March 29, 2025, 8:41 PM, DAVID CHURCHILL ███████████████████ wrote:

Your Honor,
  I would like to begin by thanking the DEA, FBI and attorneys involved who have worked to bring Rui-Siang Lin to justice.
  This will be the fourth impact statement , verbal and written, since the death of my son.  Nothing has changed.  I return to the same emotional gutter with each writing.  Reed died on September 13, 2022 and since that day, my family has lived with tremendous grief, guilt, anger and sadness. Thirty one months later, I still attend grief counseling. Everyday I wake up with a different painful emotion. While I am a believer in God, I continue to be angry with Him. Church is not comforting. Holidays are miserable. Just passing by the cemetery where he is buried makes me physically ill.
  Reed was educated, employed and had many wonderful friends.  We have been robbed of his wedding, his children, and getting to watch him build his career.
  I feel forced to attend fentanyl awareness events to help educate others, so families don't experience the same emptiness that we feel everyday. These events are such sad reminders of how they died, not who they are.
  While this statement brings me no comfort or peace , I find some satisfaction in knowing that the previous 4 drug dealers, and hopefully, this man, will be in prison and unable to harm others.
  I pray other families never have to feel this type of loss.
Respectfully
Penny Churchill

Sent from my iPhone