# EXHIBIT S

# (Sealed)