# EXHIBIT T

# (Sealed)