# EXHIBIT U

## "Fentanyl Ban": It's Time To Stop Lying To Ourselves (Possible Answer As To How To Handle This)

Posted a year ago by /d/Opiates

This post has been automatically archived. No new responses may be added.

### Comments