# EXHIBIT V

# (Sealed)