

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

May 4, 2026

**VIA ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re: *United States v. Rui-Siang Lin,*
        24 Cr. 178 (CM)

Dear Judge McMahon:

   The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter.  As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Rui-Siang Lin, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 26) and a Second Consent Preliminary Order of Forfeiture as to Specific Property (Docket Entry 61). No third-party claims have been filed within the statutory period.

   Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

         Respectfully submitted,

         JAY CLAYTON
         United States Attorney
         Southern District of New York

     By: */s/ Ryan Finkel*
       Ryan Finkel
       Assistant United States Attorney
       Tel. (212) 637-6612

*Enclosure*