UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                             :

UNITED STATES OF AMERICA        :

                             :     DECLARATION IN
      -v.-                  :     SUPPORT OF FINAL
                             :     ORDER OF
RUI-SIANG LIN,             :     <u>FORFEITURE</u>
   a/k/a "Ruisiang Lin,"       :
   a/k/a "Pharoah,"          :     24 Cr. 178 (CM)
                             :
          Defendant.      :
                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Ryan Finkel, pursuant to Title 28, United States Code, Section 1746, declares under penalty of perjury as follows:

1.     I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

2.     On or about December 16, 2024, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 26) with respect to RUI-SIANG LIN (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in the following property:

    a.    Approximately .5 Monero maintained at Limestone Server Bearing IP Address 74.63.195.162 with Monero Wallet bearing file path "/root/.bitmonero/wallets/incognito";

    b.    Approximately 30.62887372 Monero maintained at Limestone Server Bearing IP Address 74.63.195.162 with Monero Wallet bearing file path "/root/.bitmonero/wallets/incognito";

c.      Approximately 19.115533942311 Monero maintained at Limestone Server Bearing IP Address 74.63.195.162 with Monero Wallet bearing file path "/root/.bitmonero/wallets/incognito";

d.      Approximately 0.00098164 Bitcoin maintained at Limestone Server Bearing IP Address 74.63.195.162 with Wallet Name "Antinalysis";

e.      Approximately 0.029 Bitcoin maintained at Limestone Server Bearing IP Address 74.63.195.162 with Wallet Name "Antinalysis";

f.      Approximately 0.04356501 Bitcoin maintained at Limestone Server Bearing IP Address 74.63.195.162 with Wallet Name "Incognito-2";

g.      Approximately 0.03614066 Bitcoin maintained at Limestone Server Bearing IP Address 74.63.195.162 with Bitcoin Wallet Labeled as "Incognito-3";

h.      Approximately 0.04393044 Bitcoin maintained at Limestone Server Bearing IP Address 74.63.195.162 with Bitcoin Wallet Labeled as "Incognito-3";

i.      Approximately 253.7279529 Binance Coin seized from Nest Services Limited (d/b/a Binance) Account with User ID 37817359;

j.      Approximately 19.32802653 Bitcoin seized from Nest Services Limited (d/b/a Binance) Account with User ID 37817359;

k.      Approximately 100.0000096 Ethereum seized from Nest Services Limited (d/b/a Binance) Account with User ID 37817359;

l.      Approximately 1062671.01 Tether seized from Nest Services Limited (d/b/a Binance) Account with User ID 37817359;

m.      Approximately 0.99357824 Binance Coin seized from Nest Services Limited (d/b/a Binance) Account with User ID 281631139;

n.      Approximately 0.02008986 Bitcoin seized from Nest Services Limited (d/b/a Binance) Account with User ID 281631139;

o.      Approximately 0.148863 Ethereum seized from Nest Services Limited (d/b/a Binance) Account with User ID 281631139;

p.      Approximately 7803.290432 Tether seized from Nest Services Limited (d/b/a Binance) Account with User ID 281631139;

q.      Approximately 1.528 Solana seized from Nest Services Limited (d/b/a Binance) Account with User ID 281631139;

r.      Approximately 87.91381874 Binance Coin seized from Nest Services Limited (d/b/a Binance) Account with User ID 832860427;

s.      Approximately 57.6825 Ethereum seized from Nest Services Limited (d/b/a Binance) Account with User ID 832860427;

t.      Approximately 530985.3395 Tether seized from Nest Services Limited (d/b/a Binance) Account with User ID 832860427;

u.      Approximately 1926.519 Solana seized from Nest Services Limited (d/b/a Binance) Account with User ID 832860427;

v.      Approximately 500,459.18 Tether seized from Payward, Incorporated (d/b/a Kraken) Account AA39 N84G HES7 WXWY;

w.      Approximately $509,025.98 seized from Payward, Incorporated (d/b/a Kraken) Account AA39 N84G HES7 WXWY;

x.      Approximately 0.9999859 Bitcoin Deposited at Fixed Float and associated with Transaction ID

i.      9B1769C5A0E8FF4BF8897C98F34EFBE8B5D65EE12BE3983799AD1 CB406C11807;

y.      Approximately 0.13650221 Bitcoin Wallet Identified as "feefilter" with Seed Words Beginning with "enter," "crunch," etc. Maintained on Kingston drive bearing serial number 203775042949;

z.      Approximately 0.21726726 Bitcoin Wallet Identified as "bisq" with Seed Words Beginning with "ranch," "oven," etc. Maintained on Kingston drive bearing serial number 203775042949;

aa.     Approximately 4.867379568382 Monero Wallet Identified as "exchange" with Seed Words Beginning with "huddle," "neither," etc. Maintained on Kingston drive bearing serial number 203775042949;

bb.     Approximately 131.834890201449 Monero Wallet Identified as "exchange" "account 4" with Seed Words Beginning with "huddle," "neither," etc. Maintained on Kingston drive bearing serial number 203775042949;

cc.      Approximately 0.02782216 Monero Wallet Identified as "filter" with Seed Words Beginning with "dosage," "exit," etc. Maintained on Kingston drive bearing serial number 203775042949;

dd.      Approximately 0.49987752 Monero Wallet Identified as "potluck" with Seed Words Beginning with "wield," "ticket," etc. Maintained on Kingston drive bearing serial number 203775042949;

ee.      Approximately 2.381063213 Ethereum (ETH) Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc;

ff.      Approximately 108072.886701888 KarratCoin (KARRAT) Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

gg.      Approximately 0.236214021997997 Ethereum (ETH) Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

hh.      Approximately 6083.15111 Aave Ethereum USDC Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

ii.      Approximately 4424.71176944327 Aave Ethereum DAI Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

jj.      Approximately 3390.883559 Aave Ethereum USDt Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

kk.      Approximately 344.446 Aave Ethereum LUSDt Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

ll.      Approximately 0.009831404132392 Ethereum (ETH) Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

mm.      BoredApeKennelClub 7140 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

nn.   My Pet Hooligan 569 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

oo.   My Pet Hooligan 2330 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

pp.   My Pet Hooligan 7895 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

qq.   My Pet Hooligan 7875 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

rr.   My Pet Hooligan 8112 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

ss.   My Pet Hooligan 6528 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

tt.   My Pet Hooligan 24 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

uu.   My Pet Hooligan 7158 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

vv.   My Pet Hooligan 5886 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

ww.   My Pet Hooligan 6067 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

xx.   My Pet Hooligan 3904 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

yy.     My Pet Hooligan 1585 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

zz.     My Pet Hooligan 2963 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

aaa.    My Pet Hooligan 7474 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

bbb.    My Pet Hooligan 4824 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.; and

ccc.    BoredApeYachtClub 3405 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

(a. through ccc., collectively, the "Specific Property-1").

3.    On or about February 3, 2026, the Court entered a Second Consent Preliminary Order of Forfeiture as to Specific Property (the "Second Preliminary Order of Forfeiture") (D.E. 61) with respect to the Defendant, forfeiting to the United States all right, title and interest of the Defendant in the following property:

a.    Non-fungible token (NFT) NameWrapper staking.zenpeak.eth ID #: 1537337814137744340527897167519692460157152021795474074395 98 888859 81066921587 staking.zenpeak.eth minted Mar-14-2024; and

b.    Non-fungible token (NFT) NameWrapper zenpeak.eth ID #: 3321592972309108268875459975146593616164051181005115857795 95 603972 54345945652 zenpeak.eth minted Mar-14-2024;

(a. and b., together, the "Specific Property-2", together with the Specific Property-1, the "Specific Property").

4.    The Notice of Forfeiture and the intent of the Government to dispose of the Specific Property-1 was posted on an official government internet site (www.forfeiture.gov)

beginning on September 4, 2025 for thirty (30) consecutive days, through October 3, 2025 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on May 4, 2026, 2026 (D.E. 73).

5.    The Notice of Forfeiture and the intent of the Government to dispose of the Specific Property-2 was posted on an official government internet site (www.forfeiture.gov) beginning on February 6, 2026 for thirty (30) consecutive days, through March 7, 2026 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on May 4, 2026, 2026 (D.E. 74)

6.    Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Specific Property have been filed.

7.    The Defendant is the only person and/or entity known by the Government to have a potential interest in the Specific Property.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.      Accordingly, the Government requests that the Court enter the proposed

Final Order of Forfeiture.

9.      No previous application for the relief requested herein has been sought.

Dated: New York, New York
     May 4, 2026

                          JAY CLAYTON
                          United States Attorney for the
                          Southern District of New York


By:    /s/ *Ryan Finkel*
            Ryan Finkel
            Assistant United States Attorney
            26 Federal Plaza
            New York, NY 10278
            (212) 637-6612