UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA

        -v.-

RUI-SIANG LIN,
    a/k/a "Ruisiang Lin,"
    a/k/a "Pharoah,"

        Defendant.

------------------------------------- X

|  |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 5-6-26 |

**FINAL ORDER OF FORFEITURE**

24 Cr. 178 (CM)

WHEREAS, on or about December 16, 2024, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 26), which ordered the forfeiture to the United States of all right, title and interest of RUI-SIANG LIN (the "Defendant") in the following property:

    a.    Approximately .5 Monero maintained at Limestone Server Bearing IP Address 74.63.195.162 with Monero Wallet bearing file path "/root/.bitmonero/wallets/incognito";

    b.    Approximately 30.62887372 Monero maintained at Limestone Server Bearing IP Address 74.63.195.162 with Monero Wallet bearing file path "/root/.bitmonero/wallets/incognito";

    c.    Approximately 19.115533942311 Monero maintained at Limestone Server Bearing IP Address 74.63.195.162 with Monero Wallet bearing file path "/root/.bitmonero/wallets/incognito";

    d.    Approximately 0.00098164 Bitcoin maintained at Limestone Server Bearing IP Address 74.63.195.162 with Wallet Name "Antinalysis";

    e.    Approximately 0.029 Bitcoin maintained at Limestone Server Bearing IP Address 74.63.195.162 with Wallet Name "Antinalysis";

    f.    Approximately 0.04356501 Bitcoin maintained at Limestone Server Bearing IP Address 74.63.195.162 with Wallet Name "Incognito-2";

g.  Approximately 0.03614066 Bitcoin maintained at Limestone Server Bearing IP Address 74.63.195.162 with Bitcoin Wallet Labeled as "Incognito-3";

h.  Approximately 0.04393044 Bitcoin maintained at Limestone Server Bearing IP Address 74.63.195.162 with Bitcoin Wallet Labeled as "Incognito-3";

i.  Approximately 253.7279529 Binance Coin seized from Nest Services Limited (d/b/a Binance) Account with User ID 37817359;

j.  Approximately 19.32802653 Bitcoin seized from Nest Services Limited (d/b/a Binance) Account with User ID 37817359;

k.  Approximately 100.0000096 Ethereum seized from Nest Services Limited (d/b/a Binance) Account with User ID 37817359;

l.  Approximately 1062671.01 Tether seized from Nest Services Limited (d/b/a Binance) Account with User ID 37817359;

m.  Approximately 0.99357824 Binance Coin seized from Nest Services Limited (d/b/a Binance) Account with User ID 281631139;

n.  Approximately 0.02008986 Bitcoin seized from Nest Services Limited (d/b/a Binance) Account with User ID 281631139;

o.  Approximately 0.148863 Ethereum seized from Nest Services Limited (d/b/a Binance) Account with User ID 281631139;

p.  Approximately 7803.290432 Tether seized from Nest Services Limited (d/b/a Binance) Account with User ID 281631139;

q.  Approximately 1.528 Solana seized from Nest Services Limited (d/b/a Binance) Account with User ID 281631139;

r.  Approximately 87.91381874 Binance Coin seized from Nest Services Limited (d/b/a Binance) Account with User ID 832860427;

s.  Approximately 57.6825 Ethereum seized from Nest Services Limited (d/b/a Binance) Account with User ID 832860427;

t.  Approximately 530985.3395 Tether seized from Nest Services Limited (d/b/a Binance) Account with User ID 832860427;

2

u.  Approximately 1926.519 Solana seized from Nest Services Limited (d/b/a Binance) Account with User ID 832860427;

v.  Approximately 500,459.18 Tether seized from Payward, Incorporated (d/b/a Kraken) Account AA39 N84G HES7 WXWY;

w.  Approximately $509,025.98 seized from Payward, Incorporated (d/b/a Kraken) Account AA39 N84G HES7 WXWY;

x.  Approximately 0.9999859 Bitcoin Deposited at Fixed Float and associated with Transaction ID 9B1769C5A0E8FF4BF8897C98F34EFBE8B5D65EE12BE3983799AD1CB406C11807;

y.  Approximately 0.13650221 Bitcoin Wallet Identified as "feefilter" with Seed Words Beginning with "enter," "crunch," etc. Maintained on Kingston drive bearing serial number 203775042949;

z.  Approximately 0.21726726 Bitcoin Wallet Identified as "bisq" with Seed Words Beginning with "ranch," "oven," etc. Maintained on Kingston drive bearing serial number 203775042949;

aa.  Approximately 4.867379568382 Monero Wallet Identified as "exchange" with Seed Words Beginning with "huddle," "neither," etc. Maintained on Kingston drive bearing serial number 203775042949;

bb.  Approximately 131.834890201449 Monero Wallet Identified as "exchange" "account 4" with Seed Words Beginning with "huddle," "neither," etc. Maintained on Kingston drive bearing serial number 203775042949;

cc.  Approximately 0.02782216 Monero Wallet Identified as "filter" with Seed Words Beginning with "dosage," "exit," etc. Maintained on Kingston drive bearing serial number 203775042949;

dd.  Approximately 0.49987752 Monero Wallet Identified as "potluck" with Seed Words Beginning with "wield," "ticket," etc. Maintained on Kingston drive bearing serial number 203775042949;

ee.  Approximately 2.381063213 Ethereum (ETH) Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc;

3

ff.     Approximately 108072.886701888 KarratCoin (KARRAT) Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

gg.     Approximately 0.236214021997997 Ethereum (ETH) Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

hh.     Approximately 6083.15111 Aave Ethereum USDC Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

ii.     Approximately 4424.71176944327 Aave Ethereum DAI Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

jj.     Approximately 3390.883559 Aave Ethereum USDt Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

kk.     Approximately 344.446 Aave Ethereum LUSDt Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

ll.     Approximately 0.009831404132392 Ethereum (ETH) Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

mm.     BoredApeKennelClub 7140 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

nn.     My Pet Hooligan 569 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

oo.     My Pet Hooligan 2330 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

pp.     My Pet Hooligan 7895 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

4

qq.     My Pet Hooligan 7875 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

rr.     My Pet Hooligan 8112 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

ss.     My Pet Hooligan 6528 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

tt.     My Pet Hooligan 24 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

uu.     My Pet Hooligan 7158 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

vv.     My Pet Hooligan 5886 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

ww.     My Pet Hooligan 6067 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

xx.     My Pet Hooligan 3904 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

yy.     My Pet Hooligan 1585 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

zz.     My Pet Hooligan 2963 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

aaa.    My Pet Hooligan 7474 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.;

bbb.    My Pet Hooligan 4824 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.; and

ccc.    BoredApeYachtClub 3405 Non-Fungible Token Maintained on Kingston Thumb Drive bearing serial number 203775042949 with seed words beginning with "camera," "into," etc.

(a. through ccc., collectively, the "Specific Property-1");

WHEREAS, On or about February 3, 2026, the Court entered a Second Consent Preliminary Order of Forfeiture as to Specific Property (the "Second Preliminary Order of Forfeiture") (D.E. 61) with respect to the Defendant, forfeiting to the United States all right, title and interest of the Defendant in the following property:

a.    Non-fungible token (NFT) NameWrapper staking.zenpeak.eth ID #: 153733781413774434052789716751969246015715202179547407439598 888859 81066921587 staking.zenpeak.eth minted Mar-14-2024; and

b.    Non-fungible token (NFT) NameWrapper zenpeak.eth ID #: 332159297230910826887545997514659361616405118100511585779595 603972 54345945652 zenpeak.eth minted Mar-14-2024;

(a. and b., together, the "Specific Property-2", together with the Specific Property-1, the "Specific Property");

WHEREAS, the Preliminary Orders of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

Case 1:24-cr-00178-CM    Document 75-1    Filed 05/04/26    Page 7 of 8

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property-1 was posted on an official government internet site (www.forfeiture.gov) beginning on September 4, 2025 for thirty (30) consecutive days, through October 3, 2025 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 4, 2026, 2026 (D.E. 73);

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property-2 was posted on an official government internet site (www.forfeiture.gov) beginning on February 6, 2026 for thirty (30) consecutive days, through March 7, 2026 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 4, 2026 (D.E. 74);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and

7

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.    Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.    The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
_____, 2026

SO ORDERED:

_____
HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

8